

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-26-00021-CR

SARIAH GARCIA, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 396th District Court
Tarrant County, Texas
Trial Court No. 1736179

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

Sariah Garcia appeals[1] four judgments adjudicating guilt, but her combined brief asserts error in only two of them.[2]

We address Garcia's combined brief in our opinion in her companion appellate cause number 06-26-00018-CR. As stated in that opinion, in two of the trial court's four judgments appealed, there is a variance between oral pronouncement of sentence and the trial court's written judgments. The State concedes the variances. We therefore modify and affirm the judgments in which there is a variance and affirm the judgments in which Garcia makes no complaint.

This appeal concerns one of the trial court's judgments in which there is a variance, namely a judgment convicting Garcia of a state jail-felony offense of credit card or debit card abuse. *See* TEX. PENAL CODE ANN. § 32.31(b), (d). During sentencing the trial court stated, "On [each of] the [two] state jail cases, the sentence[s] will be six months state jail." In this case, we modify the trial court's judgment by removing the "2 YEARS" confinement in state jail to correctly reflect a sentence of "SIX MONTHS" confinement in state jail.

---

[1]This appeal was transferred to this Court from the Second Court of Appeals pursuant to a Texas Supreme Court docket equalization order. *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.). Accordingly, we apply the precedent of the Second Court of Appeals in deciding this case. *See* TEX. R. APP. P. 41.3.

[2]In this opinion (trial court cause number 1736179), and in Garcia's companion appellate cause number 06-26-00018-CR (trial court cause number 1655158), she challenges the trial court's written-imposed sentences. In her companion appellate cause numbers 06-26-00019-CR and 06-26-00020-CR, Garcia does not assert any challenge.

Accordingly, in this case, we affirm the trial court's judgment, as modified.


                                        Jeff Rambin
                                        Justice

Date Submitted:      August 11, 2026
Date Decided:        August 12, 2026

Do Not Publish